UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ERNEST GREEN,

               Plaintiff,               Case No. 1:10-cv-39

v.                                           Honorable Paul L. Maloney

SUSAN RONDEAU et al.,

               Defendants.
_____ /

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:   February 10, 2010              /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                           Chief United States District Judge